Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida 

Tampa Division

Mohamed Fathy Said

|  |  |
|---|---|
| *Plaintiff(s)* | ) ) ) |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) |
| –v– | ) ) |
| Minsitry of Interior Ministry of Adminstrative Development, Labour and Social Affairs US Department of Justice | ) ) ) ) |
| *Defendant(s)* | ) ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) ) ) ) ) |

Case No. 8:21 CV 1073 KKM – AEP

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

FILED

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
### (28 U.S.C. § 1332; Diversity of Citizenship)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mohamed Fathy Said |
| Street Address | 12001 S Belcher Rd Apt E78 |
| City and County | Largo, Pinellas |
| State and Zip Code | Florida 33773 |
| Telephone Number | 813-410-3786 |
| E-mail Address | Kingsize488@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1

| | |
|---|---|
| Name | Ministry of Interior |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | Qatar |
| Telephone Number | 974-236-7111 |
| E-mail Address *(if known)* | info@moi.gov.qa |

Defendant No. 2

| | |
|---|---|
| Name | Ministry of Administrative Development, Labour and Social Affairs |
| Job or Title *(if known)* | |
| Street Address | Hoda Tower |
| City and County | |
| State and Zip Code | Qatar |
| Telephone Number | |
| E-mail Address *(if known)* | info@adlsa.gov.qa |

Defendant No. 3

| | |
|---|---|
| Name | US Department of Justice "Diplomatic Rights" |
| Job or Title *(if known)* | |
| Street Address | 950 Pennsylvania Ave., NW |
| City and County | Washingtong, DC |
| State and Zip Code | Washington, DC. 20530 |
| Telephone Number | 202-514-2000 |
| E-mail Address *(if known)* | AskDOJ@usdoj,gov |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.      Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.      The Plaintiff(s)

1.      If the plaintiff is an individual

The plaintiff, *(name)*      Mohamed Fathy Said                                    , is a citizen of the

State of *(name)*    Florida                                                .

2.      If the plaintiff is a corporation

The plaintiff, *(name)*      Mohamed Fathy Said                                    , is incorporated

under the laws of the State of *(name)*        Qatar                                    ,

and has its principal place of business in the State of *(name)*

Qatar                                                .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.      The Defendant(s)

1.      If the defendant is an individual

The defendant, *(name)*                                            , is a citizen of

the State of *(name)*                                        . Or is a citizen of

*(foreign nation)*

2.      If the defendant is a corporation

The defendant, *(name)*   Ministry of Foreign Interior                        , is incorporated under

the laws of the State of *(name)*    Qatar                                , and has its

principal place of business in the State of *(name)*                                    .

Or is incorporated under the laws of *(foreign nation)*    Qatar                                ,

and has its principal place of business in *(name)*    Qatar                            .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

The plaintiff, *(name)*    Mohamed Fathy Said                                                                 , and the defendant,

*(name)*   Aisha Ahmed H O Al-Adhab                                        , made an agreement or contract on

*(date)*        07/22/2015       . The agreement or contract was *(oral or written)*   Written        ☒    . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
The defendant was to pay plaintiff a set amount of salary per month (estimated $13,000 per month), provide living arrangments, travel expenses, transportation and insurance. The contract is a 25 year contract estimating over $4,000,000.00. The plaintiff was hired as a general manager and and the defendant failed to uphold her obligations set forth in the contract.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
The defendant failed to upbold the obligations of the contract and didn't pay the plaintiff his salary or other articles outlined in the contract.

The plaintiff has complied with the plaintiff's obligations under the contract.

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Plaintiff is asking for $4,904,107.05 based on employment contract and $10,567,123.26 for loss of profit based on the time the contract was signed to current. Also seeking $17,528,769.69 for damages and suffering totaling $33,000,000.00. The loss of profit is based on a time frame of 2015 to 2021 and will seek additional each year case is open.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        5/5/2021

Signature of Plaintiff

Printed Name of Plaintiff     Mohemd Fathy Said

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address