FILED

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

'21 PM 2:04

Mohamed F Said

_____

_____

Plaintiff(s)

v.

Case No. 8:21 CV 1073 WFJ-CPT

Qatar Ministry of Interior, et al

_____

Defendant(s)

Amended Memorandum
(Title of Document)

The attached is an updated memorandum
that has been translated to Arabic, the
foreign language of the country (Qatar).

12001 S Belcher Rd Apt E78
Largo, Fl 33773

# MEMORANDUM

Plaintiff: Mohamed Fathy Said

Case No.: 8:21-cv-1073-WFJ-CPT

Date: November 10, 2021



Notary Public State of Florida
Doctha Youssef
My Commission GG 268645
Expires 10/17/2022

# STATES OF QATAR

2



- All defendants in the States of Qatar including Aisha are responsible for finding their way to obtain counsel that practices International Law within the United States in the cases currently being discussed in the Federal Court Tampa, Florida

- The defendants in the case are custodians of all the contents of the case, jointly and individually who protect it. They are obligated to pay the sum of 33 Million USD, Thirty-Three Million Dollars (minimum) in addition to bearing the United States Federal taxes.

- All defendants locally and internationally shall bear their right Solidarity Guarantors together or alone inside America or Qatar, the case is handled by judicial representation in the American Court based on provisions of Qatari Law No. 5 of 2002 for Qatari Commercial Companies and based on the provisions of Qatari Law issued No. 14 of 2004 which is listed in the work contact 8 General Provision.

- If the Qatari Court rejects the Complaint, Summon, or the warnings or all pursuant to the Letters Rogatory and the judicial immunity agreement that Qatar has joined through judicial exchange between Qatar and The United States. Conditioned by the US Judge with the approval of the Qatari Court that documentation (complaint, summons and any other paperwork related to the case) has been received and approved. American court shall have the right to discuss and rule on it.

  ➢ On this condition:

- The US Department of the State and the US Department of Justice Solidarity Guarantors together or alone and by joining every one of the defendants being sued inside The United States by paying the full amount of compensation 33 Million USD, Thirty-Three

3


Notary Public State of Florida
Onisha Youssef
My Commission GG 268645
Expires 10/17/2022

Million Dollars plus the taxes from the US Treasury in addition to $11 Million, Eleven Million Dollars in late fines for each year the case is circulated in The US Federal Court plus interest that the money has accrued all these years with compensation allowing all of the damages caused by Qatar.

Qatar's Transgressions in Deportation Procedures

1. Notify me by deportation within 10 days.

2. I was forced to buy a ticket for my son and myself, from my own expenses to Egypt not the United States.

3. They made me remain in Qatar three weeks until I can't use my flight ticket without penalties.

4. They only paid for the exchange fees for myself and my son which was 200 Qatari Riyal for each ticket.

5. Set a deportation date of 11/2/2016.

6. They forced me to give a power of attorney to a lawyer from the royal family before 12 days of my deportation.

7. I was Sent to the search and follow up building and fingerprinted my like a criminal so they can photograph me with numbers from the side and the front.

8. At Hamad International Airport one of the officers asked to check my personal papers and company documents until he told me what I can and cannot take with me outside the country.

4



9. I categorically refused and threatened to not travel outside of Qatar if that happened and I will ask CNN to attend immediately or any foreign news channel.

---

# THE UNITED STATES

---



- According to the US Law, individuals whose Constitutional Rights are violated by the State Government are legally entitled to file a civil action to recover damages. This can be done because of Section 1986, an abridged team for 18 U.S.C. section 1893 which provides US citizens the right to sue Government Officials and employees.

- If you or a family member have suffered serious damages as a result of negligence of a Government employee or agency, you may be able to bring a claim against the US Government and receive compensation for your losses.

- Since I wasn't charged with a crime/case in the States of Qatar and there is no fundamental or legal reason that requires deportation outside the States of Qatar without return for life and denying my right to receive my financials:

  - Employment Contract as a general manager for an open term contract.

  - Contract of Incorporation of the Contracting Company (Palaces Royalty Group)

  - Secured a 2year Business Contract

  - Issuance of all commercial and security permits from the States of Qatar and payment of all prescribed fees and with the complicity of the States of Qatar represented in the Qatari Ministry of Interior by deporting me and facilitating all above for the Qatari sponsor without investigation or searching behind the truth.

6



➢ When resorting to the US Embassy in Qatar, they refused to intervene to resolves the conflict ignoring 2 US Citizens:

- ◆ U.S. Citizen Mohamed Fathy Said

- ◆ U.S. Citizen Nour El deen M Said

- ◆ I was deported to Egypt not to the United States which is against the Federal Law of Deportation and the constitution that states that no American Citizen may be deported to his original country or any place other than the United States from America or any other place after his naturalization, knowing that I have been an American citizen since 2007.

➢ Subscribe to everyone:

- ◆ Aisha Ahmed Hussein Omran-Al-Adab Qatari citizen and sponsor of Mohamed Said as a Labor of her as he is the General Manager and partner with her owning 51% and 49% for him in the "Palaces Royalty Group" which is a Qatari Corporation Construction Company (good for 20 more years) in Qatar.

-AND-

- ◆ Department of Research and Qatari follow up the Department of Qatari passport represented in the Qatari Ministry of Interior

7



➢ Refer to the Qatari Labor Law 14 of 2004 from Article 38 Chapter 4 to Article 58 which provides for the return of the worker to his homeland and the documents through the Qatari residence permit was issued.

➢ Refer to Qatari Labor Law 14 of 2004 Article 135 Chapter 5 which protects the rights of the worker from the Qatari citizen to make sure that the inspection by the Qatari Government confirms that the worker has received all his dues before leaving the country.

➢ Refer to the law of deportation from the States of Qatar for the year 2004 which stipulates that there must be a court ruling a felony disciplinary action to return to Qatar or administrative for life by a decision of the Qatari Minister of Interior without return to Qatar again for life and the status of judgments issued against the worker with honor and honesty. "I was never charged with a crime or had a case filed against me".

• I am an American investor on Qatari lands with a 49% officially in Qatari Company still good for 20 more years and General Manager with a salary of 50,000 Qatari Riyals with all contract privileges related to the same company that I still own.

Question for the Qatari Government through the court:

*"Is this how you treat foreign investors and workers on your lands?"*

Official Request to the US Secretary of the States and Secretary of Justice:

I ask the US Secretary of the State and US Secretary of Justice to officially inform me and via international cooperation from the States of Qatar, *"What is the reason for deportation without return for life without a court ruling and lifting the reservation*

8



*and secrecy on the matter in partnership with the US Embassy in Qatar without*

*interference?"*

- Add this answer to the 3 versions I have officially received:

  ➢ The first is when I tried to file a Labor case in Egypt when I carried dual

  citizenship under Al Riyad International Labor agreement between Egypt and

  Arabian Gulf. She said that I have a liver disease and the court said this is not the

  right court as they have no jurisdiction and loyalty towards Egypt.

  ➢ The Qatari deportation papers state that I was deported for the *"Greater good of*

  *the Public".*

  ➢ The Egyptian Foreign Ministry officially responded with International

  Cooperation that I did not make any business in Qatar for the first year and I

  have the right to file a case against Aisha in the event of non-settlement with

  her. *"Full-fledged cross-border organized crime"*.

- Transnational organized crime in the US under Law 1970 Act is called Transnational

  Organized Crime. They are highly centralized projects local or international, borders

  sometimes use countries and armies as well as the armed police to carry out illegally.

- The United States Embassy in the State of Qatar refused to intervene and accepted my

  deportation to Egypt NOT the United States and according to the US Federal Law

  prohibits "You cannot be deported as a US citizen to my main country or another

  country except United States land after I have been naturalized".

9



- I received a phone call from the official at the Unites States Embassy in Qatar who refused to identify himself and asked me one question "Are you carrying another citizenship other than the United States?", during that time I was a dual citizen with Egypt and responded "Yes". His response to me was that "I cannot help you from today and the United States Embassy is not responsible for your request for help to return to America.

- Note:

    ➢ I used my United States identity in Qatar not the Egyptian one.

    ➢ Entry Passport used was United States

    ➢ The Government listed for the business in Qatar was United States

- The Qatari officials refused to process 2 flight tickets for me and my son during that time, the cost came from my own expenses. I was cornered into going to Egypt in partnership with the Qatari authorities. The United States Embassy in Qatar and Qatari authorities are bot responsible for the damages regarding the deportation.

10


Notary Public State of Florida
D. ... a Fortion.f
... ... 70,708645
... ... ...

---

# THE UNITED STATES

# CONGRESS

---



- The Congress is the Legislative Branch of the American people and makes the nations laws, it shares the power with the Executive Brach led by the President and the Legislative arm of our government and part of the federal governments Legislative Branch.

- The US State Department, US Department of Justice and The US Congress bear full responsibility Solidarity Guarantors together or alone pay the full amount of the compensation as the case combines to be discussed in the United States in the event that the expenses are not cancelled to notify by Diplomatic Channels through the US Secretary of the State offices directly or if the Qatari court present, they received the court/case documents.

- Compensation in the amount of 33 million USD plus any taxes incurred to enable the US Treasury to collect the amount to receive my compensation in full. They denied me that and they must bear the loss and the dire consequences. The US Congress bears the full

12

Constitutional and moral responsibility to hold those responsible, accountable and to

work to recover commercial dues by following them from damages inside the United

States and Qatar as well as by applying all the articles of the American Constitution that

provide for the protection of the American citizen at home and abroad.

# HUMAN RIGHTS QATAR

- I was forced to sign some white (blank) papers and to give up my work contract to scare me by never seeing my son again.

- I have been tracked and controlled by Egypt, Switzerland and the United States, which is a violation of my human rights, constitution of freedom and infringement so I am unable to go to the court and file my case, file it incorrectly or don't have the money to file it to get my things back (money and justice).

- Qatar (Human Rights) didn't do anything to help me, only wore police uniforms.

- United States never responded to my many phone calls.

Notary Public State of Florida
...
...258645
...

# UNITED STATES

# TREASURY – Salwa Resort

# and Hilton Hotel



1- The US Treasury must calculate each of the employment contract in full, compensation, interest + late fee referred to each year in court.

2- Calculating the percentage of the partnership in the company for the default operation and all related profits and losses 49%

3- Seizing the entire company until being restructured with the United States of America. The US Secretary of Treasury and the US Embassy to be considered as official receiver over the property of an American citizen in Qatar.

Clarification of the contract of Salwa Resort according to the information available to the resort.

Description of Salwa resort contract according to the available information.

A Five Star resort with 45 to 65 room:

- 1bedroom villa with 2 staircases – 122 square meters

- 2 staircases, garden and landscapes – 122 square meters

- 2bedroom villa with 2 staircases, gardens and landscapes – 288 square meters

- 3bedroom villa with 2 staircases, gardens and landscapes – 418 square meters

Note: All rooms and villas have marble flooring and stairs. Resort has 85 villas total. Request to for sort and spare commercial damages for moral, legal and constitutional damages.

16



# **EXCEPTION**

A. This offer is only for local defendant opponents within the Unites States except for the Qatari Embassy, Solidarity Guarantors together or alone by joining one or all of them with the Plaintiff, Mohamed Fathy Said.

B. With the following conditions:

1. Notify the court and myself officially in writing by mail.

2. A pledge to pay the amount with its contents not less than 33 Million (Thirty Three Million) Dollars in principle to end the case as soon as possible.

3. Provide a law frame to discuss each transgression from the other in favor
   while preserving all the civil and constitutional rights of the original
   complaint, Mohamed Said what has preceded them and what is in the future.

# CONCLUSION

1. Issuance of final judgment of 33 Million (Thirty Three Million) Dollars which can be
   increased not decreased for moral, constitutional and legal damages plus 11 Million
   (Eleven Million) Dollars compensation each year this case circulates in court. Charge
   all defendants full taxes right government plus profits and legal rates in regard to
   holding money all these years, unlawfully or by defrauding the law.

2. Cancellation of the negative deportation decision for life because what is built on
   falsehood is false. This deportation decision affects me not only with Qatar but all

18

countries of the Gulf Cooperation, council, and has affected my name by reputation as well as my family name.

3. Issuance of final judgment of 33 Million (Thirty Three Million) Dollars as compensation for the entire previous period.

4. Issuance of final judgment to Seiz the entire company until being restructured with the United States of America.

5. Appointing the US Secretary of the Treasury and the US Embassy represented by the US Commercial Adviser or Attaché as a receiver on the property of an American citizen in Qatar.

6. Issuance of a US federal court ruling to expel Aisha Ahmed HO Al Adhab, as partner and sponsor, completely from the company (Royalty Group Palaces) located in the State of Qatar.

7. Issuance of a US federal judgment to transfer the company (Royalty Group Palaces) from a Qatari company to a foreign company with 100% inside Qatar in accordance with the new Qatari Law No. (1) of 2019 attached for the US Federal Court with the complaint referred to by the plaintiff in article no 2   mentioned in the new  Qatari commercial law.

To be as follows

1- 50% in belong to the US government (the commercial attaché at the US Embassy in Qatar in coordination with the US Secretary of the Treasury in the USA).

19

2- 50% in favor of the American citizen, Mohamed Fathy Said

Initially until it is restructured among the new owners.


** Note 1

The company, with its old structure, is valid for 20 years


** Note 2

The new Qatari commercial law for the year 2019 allows establishment and

amendment of 50 years, subject to renewal.


The End-

plaintiff

Mohamed Fathy Said

20



# مذكـــــــــــــــــــرة

المدعي : محمد فتحي سعيد

القضية رقم: CV-1073-WFj-CPT-21-8

التاريخ 10 نوفمبر 2021

دولـــــــــــــــــــة قطـــــــــــــــــــر



• على جميع المدعى عليهم في دول قطر، بمن فيهم عائشة، السعي بطريقتهم الخاصة لإيجاد محامٍ يزاول القانون الدولي داخل الولايات المتحدة في القضايا التي تجري مناقشتها حاليًا في المحكمة الفيدرالية، تامبا، فلوريدا.

• المدعى عليهم في القضية مسؤولون عن جميع محتويات القضية، ويقومون مجتمعين ومنفردين بحمايتها، وهم ملزمون بدفع مبلغ 33 مليون دولار أمريكي (كحد أدنى) بالإضافة إلى تحمل الضرائب الفدرالية الأمريكية.

• المدعى عليهم جميعا" ، محليًا ودوليًا، الكفلاء ضامنين متضامنين مجتمعين أو منفردين داخل أمريكا أو قطر ، عليهم التعامل مع القضية عن طريق عرض القضية في المحكمة الأمريكية بناءً على أحكام القانون القطري رقم 5 لسنة 2002 الخاص بالشركات التجارية القطرية ومقراتها. بناءً على أحكام القانون القطري الصادر رقم 14 لسنة 2004 والمدرج في عقد العمل 8 بند عام.

• إذا رفضت المحكمة القطرية الشكوى أو الاستدعاء أو الانذارات أو الاعلانات القضائية او جميعهم بموجب الإنابة القضائية واتفاقية الحصانة القضائية التي انضمت إليها قطر من خلال التبادل القضائي بين قطر والولايات المتحدة، مشروطة من قبل القاضي الأمريكي بمصادقة المحكمة القطرية أن المستندات (الاستدعاء الشكوى، وأي أوراق أخرى متعلقة بالقضية) يكون للمحكمه الأمريكيه حق مناقشتها و الحكم فيها.


Notary Public State of Florida
Douha Youssef
My Commission GG 268645
Expires 10/17/2022

21

- في هذه الحالة

تتضامن وزارة الخارجية الأمريكية ووزارة العدل الأمريكية مجتمعتين أو منفرديتن مع كل مدعى عليه من
ضمن المدعى عليهم الذين تتم مقاضاتهم داخل الولايات المتحدة بدفع كامل مبلغ التعويض (٣٢مليون دولار
أمريكي) ثلاثة وثلاثين مليون دولار أمريكي بالإضافة إلى الضرائب من وزارة الخزانة الأمريكية بالإضافة إلى (١١
مليون دولار أمريكي ) أحد عشر مليون دولار أمريكي كغرامات متأخرة عن كل عام تتداول القضية في المحكمة
الفيدرالية الأمريكية، بالإضافة إلى الفوائد المستحقة على الأموال طوال هذه السنوات من خلال تعويض عن السماح
بجميع الأضرار التي سببتها قطر.


تجاوزات قطر في إجراءات الترحيل


١- إخطاري بالترحيل خلال ١٠ أيام

٢- اضطررت لشراء تذكرة سفر، لي ولابني على نفقتي الخاصة إلى مصر بالإكراه وليس إلى الولايات المتحدة.

٣- أجبروني على البقاء في قطر ثلاثة أسابيع حتى لا أستطيع استخدام تذكرة رحلتي دون غرامات

٤- لقد دفعوا فقط رسوم استبدال عني أنا وابني والتي كانت ٢٠٠ ريال قطري لكل تذكرة غرامة تأخير

٥- تحديد تاريخ الترحيل ٢٠١٦/٢/١١

٦- اجبروني على إصدار توكيل محامي عام من العائلة المالكة قبل ترحيلي بحوالي 12 يوم

٧- تم إرسالي إلى مبنى البحث والمتابعة وأخذ بصماتي كأنني مجرم حتى يتمكنوا من تصويري كالمشتبه بهم
صورة جانبية وأخرى أمامية بالأرقام

. ٨- طلب أحد الضباط، في مطار حمد الدولي، التحقق من أوراقي الشخصية ووثائق الشركة، حتى أخبرني بما
يمكنني وما لا يمكنني أخذه معي خارج الدولة.


٩- لقد رفضت بشكل قاطع وهددت بعدم السفر خارج قطر إذا حدث ذلك وسأطلب حضور ال سي ان او أي.
قناة إخبارية أجنبية.



Notary Public State of Florida
Douha Youssef
My Commission GG 268645
Expires 10/17/2022

22

الـولايــــــــات المـــــــتحدة

• وفقًا لقانون الولايات المتحدة، يحق للأفراد الذين انتهكت حكومة الولاية حقوقهم الدستورية رفع دعوى مدنية
للحصول على تعويضات. يمكن القيام بذلك بمقتضى القسم 1986، مختصر للفقرة 18 من قانون الولايات
المتحدة القسم 1893 الذي يمنح المواطنين الأمريكيين الحق في مقاضاة المسؤولين والموظفين الحكوميين.

- إذا تعرضت أنت أو أحد أفراد أسرتك لأضرار جثيمة نتيجة لإهمال موظف أو وكالة حكومية، فقد تتمكن من رفع
دعوى ضد حكومة الولايات المتحدة والحصول على تعويض عن خسائرك

- بما أنني لم أتهم بجريمة / قضية في دولة قطر ولا يوجد سبب جوهري أو قانوني يقتضي الترحيل خارج دولة
قطر دون العودة مدى الحياة

وحرماني من حقي في استلام مستحقاتي المالية:

*عقد التوظيف (مدير عام ) مفتوح المدة صدرت عليه الإقامه في قطر

* عقد تأسيس شركة المقاولات (قصور رويالتي جروب)

* عقد  أعمال مقاولات صالح لمدة سنتين صادر من شركة البدري

* إصدار جميع التصاريح التجارية والأمنية من دولة قطر ودفع جميع الرسوم المقررة وبتواطؤ دولة قطر ممثلة
بوزارة الداخلية القطري، عن طريق ترحيلي وتسهيل كل ما سبق للكفيل القطري، دون تحقيق أو بحث وراء الحقيقة

×˙   *: عند اللجوء إلى السفارة الأمريكية في قطر رفضوا التدخل لحل النزاع متجاهلين مواطنين أمريكيين اثنين

* المواطن الأمريكي محمد فتحي سعيد

*المواطن الأمريكي نور الدين م سعيد



23

\*تم ترحيلي إلى مصر وليس إلى الولايات المتحدة وهو أمر مخالف لقانون الترحيل الفيدرالي الأمريكي و الدستور أيضاً بأنه لا يجوز ترحيل مواطن أمريكي إلى موطنها الأصلي أو أي مكان آخر سوى الولايات المتحدة من داخل أمريكا او أي مكان آخر بعد التجنيس بالجنسية الأمريكية علما بأنني مواطن أمريكي منذ 2007.

\*اشترك الجميع المثلين في

١- عائشة احمد حسين عمران العضب مواطنة قطرية وكفيل محمد سعيد كعامل لديها حيث انه المدير العام وشريك لها بامتلاكها 51٪ و 49٪ له في "مجموعة القصور الملكية" وهي شركة إنشاءات قطرية. (صالحة لمدة 20 سنة أخرى) في قطر

-و-

٢- قسم البحث والمتابعة القطري، قسم الجوازات القطري ويمثله

وزارة الداخلية القطرية

- بالاشاره إلى قانون العمل القطري رقم ١٤ لسنة ٢٠٠٤ من المادة ٣٨ الفصل ٤ إلى المادة ٥٨ التي تنص على عودة العامل إلى وطنه وقد صدرت المستندات من خلال تصريح الإقامة القطري.

- بالاشاره إلى قانون العمل القطري رقم ١٤ لسنة ٢٠٠٤ من المادة ١٣٥ الفصل ٥ التي تحمي حقوق العامل من المواطن القطري وتتحقق أن التفتيش من قبل الحكومة القطرية يؤكد أن العامل قد استلم جميع مستحقاته قبل مغادرة البلاد.

-بالاشاره إلى قانون الترحيل من دولة قطر لعام ٢٠٠٤ والذي ينص على وجوب وجود حكم قضائي في جناية أو إجراء تأديبي للعودة إلى قطر أو قراراً إدارياً من الحياة بقرار من وزير الداخلية القطري بعدم العودة إلى قطر مرة أخرى مدى الحياة. ووضع الأحكام الصادرة ضد العامل خاصة بالشرف والأمانة "لم أتهم قط بارتكاب جريمة أو رفعت قضية ضدي"

- أنامستثمر أمريكي فقط على أراض قطرية لي ٤٩٪ رسمياً في شركة قطرية لا تزال صالحة لمدة ٢٠عاماً أخرى ومدير عام براتب ٥٠٠٠٠ريال ، (خمسون الف ريال قطري فقط لاغير ) مع امتيازات عقد غير محدد المده مربوط بنفس الشركه التس لازلت .

**سؤال للحكومة القطرية من خلال المحكمة:**

"هل هذه هي الطريقة التي تعاملون بها المستثمرين الأجانب والعاملين على أرضكم؟"


Notary Public State of Florida
Douha Youssef
My Commission GG 258645
Expires 10/17/2022

طلب رسمي لوزيرة الخارجية الأمريكية ووزيرة العدل الأمريكية:

أطلب من وزير الخارجية الأمريكية ووزير العدل الأمريكي إبلاغي رسميًا ومن خلال التعاون الدولي من دول قطر، ما سبب الترحيل دون عودة مدى الحياة دون حكم قضائي ورفع تحفظهما على سرية الأمر بالشراكة مع السفارة الأمريكية في قطر دون تدخل "

- أضف هذه الإجابة إلى الإصدارات الثلاثة التي تلقيتها رسميًا

— الأول عندما حاولت رفع قضية عمالية في مصر عندما كنت أحمل الجنسية بموجب اتفاقية الرياض للعمل الدولية بين مصر والخليج العربي. قالت إنني أعاني من مرض في الكبد وقالت المحكمة إن هذه المحكمة المختصة حيث أنه ليس لديهم ولاية قضائية ولاء لمصر .

— ورد في أوراق الترحيل القطرية أنه تم ترحيلي من أجل "المصلحة العامة"

— ردت وزارة الخارجية المصرية رسميا بتعاون دولي بأنني لم أقم بأي عمل في قطر خلال السنة الأولى ويحق لي رفع دعوى ضد عائشة في حالة عدم التسوية معها . **"جريمة منظمة عابرة للحدود"**.

* تسمى الجريمة المنظمة العابرة في الولايات المتحدة بموجب قانون ١٩٧٠ بالجريمة المنظمة الانتقالية ، فهي مشاريع شديدة المركزية تستخدم الحدود المحلية أو الدولية في بعض الأحيان البلدان والجيوش وكذلك الشرطة المسلحة لتنفيذها بشكل غير قانوني.

* قامت سفارة الولايات المتحدة في دولة قطر برفض التدخل و الموافقه على ترحيلي إلى مصر وليس إلى الولايات المتحدة، ووفقًا لمحظورات القانون الفيدرالي الأمريكي "لا يمكن ترحيلك كمواطن أمريكي إلى بلدي الأساسي أو إلى بلد آخر باستثناء أرض الولايات المتحدة بعد أن حملت جنسيتها"

* تلقيت مكالمة هاتفية من موظف بسفارة الولايات المتحدة في قطر رفض التعريف عن نفسه وسألني سؤالاً واحدًا "هل تحمل جنسية أخرى غير جنسية الولايات المتحدة؟"، خلال تلك الفترة كنت مواطنًا مزدوج الجنسية ( الأمريكية والمصرية) وأجبت بـ "نعم". كان رده عليّ هو "لا يمكنني مساعدتك من اليوم وسفارة الولايات المتحدة ليست مسؤولة عن طلبك للمساعدة بالعوده الى أمريكا .

ملحوظة:
استخدمت هويتي الأمريكية في قطر



٢٥

- جواز السفر المستخدم كان جواز الولايات المتحدة

- الحكومه المدرجة في قائمة الأعمال في قطر كانت الولايات المتحدة.

* رفض المسؤولون القطريون اصدار تذكرتي طيران لي ولابني خلال ذلك الوقت، وكانت تكلفتها على نفقتي الخاصة، وقد تم التضييق عليّ للذهاب إلى مصر بالشراكة مع السلطات القطرية. تتحمل كل من سفارة الولايات المتحدة في قطر وسلطات قطر المسؤولية عن الأضرار المتعلقة بالترحيل.

.

**كــــونغرس الـولايـــــــــــات المتحـــــــــدة**

.

- ان الكونجرس هو الفرع التشريعي للشعب الأمريكي ويضع قوانين الدول، وهو يتقاسم السلطة مع السلطة التنفيذية بقيادة الرئيس والذراع التشريعي لحكومتنا وجزء من السلطة التشريعية لفرع الحكومة الفيدرالية.

- تتحمل وزارة الخارجية الأمريكية، ووزارة العدل الأمريكية، والكونغرس الأمريكي، المسؤولية الكاملة لضامني التضامن معًا أو يدفعون بمفردهم كامل مبلغ التعويض حيث يتم تجميع القضية للمناقشة في الولايات المتحدة في حالة عدم إلغاء نفقات الإخطار عن طريق القنوات الدبلوماسية من خلال وزارة الخارجية الأمريكية بمكاتب الدولة مباشرة أو إذا أثبتت المحكمة القطرية انهم قد تلقوا وثائق المحكمة / القضية



Notary Public State of Florida
Douha Youssef
My Commission GG 268645
Expires 10/17/2022

- تعويض بمبلغ ٣٣ مليون دولار أمريكي بالإضافة إلى أي ضرائب متكبدة لتمكين الخزانة الأمريكية من تحصيل المبلغ لاستلام تعويضي بالكامل. لقد أنكروا عليّ ذلك وعليهم أن يتحملوا الخسارة والنتائج الوخيمة. يتحمل الكونجرس الأمريكي كامل المسؤولية الدستورية والأخلاقية لمحاسبة المسؤولين والعمل على استرداد المستحقات التجارية من خلال ملاحقتهم بدءً من الأضرار داخل الولايات المتحدة وقطر، وكذلك من خلال تطبيق جميع مواد الدستور الأمريكي التي تنص على حماية المواطن الأمريكي في الداخل والخارج.

## حقــــــوق الانسان قطــــــر

__ أجبرت على التوقيع على بعض الأوراق البيضاء (الفارغة) وعلى التخلي عن عقد العمل بإخافتي من عدم رؤية ابني مرة أخرى.

__ تم تعقبي والتحكم في حياتي في كل من مصر وسويسرا والولايات المتحدة، وهو ما يعد انتهاكًا وخرقاً لحقوقي الإنسانية ولدستور الحرية، لذلك لا يمكنني الذهاب إلى المحكمة ورفع قضيتي أو رفعها بشكل صحيح أو عدم توفر الأموال اللازمة لدي لتقديمها لاسترداد أشيائي (المال والعدالة).

__ لم تفعل قطر ( حقوق الانسان ) أي شيء لمساعدتي، بل انهم يرتدون زي الشرطة.

__لم تجب الولايات المتحدة على مكالماتي الهاتفية العديدة



Notary Public State of Florida
Douha Youssef
My Commission GG 268646
Expires 10/17/2022

٢٧

خـزانـــــــــة الـولايـــــــات المتحـــــــــــدة

منتجـــــــــع سلـــــــــوى

وفنـــــــــدق هيلتـــــــــون

١- على وزارة الخزانة الأمريكية حساب كل من عقد العمل بالكامل وعليه تعويض + حفظ الفوائد + غرامه التاخير المشار إليها في كل سنة في المحكمة

٢- حساب نسبة الشراكه في الشركة عن التشغيل الافتراضي وما عليه من الأرباح و أضرار ٤٩ ٪

٣- التحفظ على الشركة بالكامل لحين إعادة هيكلتها مع الولايات المتحدة الأمريكية و يعتبر وزير الخزانة الأمريكي والسفارة الأمريكية المثلة في المستشار او الملحق التجاري الأمريكي حارس قضائي على ممتلكات مواطن أمريكي في قطر.

توضيح لعقد منتجع سلوى طبقاً للمعلومات المتاحة للمنتجع.

منتجع خمس نجوم من 45 إلى 65 غرفة:

- فيلا بغرفة نوم واحدة مع بيتي درج - ١٢٢ متر مربع

- درج، حدائق ومساحات خضراء ١٢٢ متر مربع

- فيلا بغرفتي نوم مع بيتي درج وحدائق ومساحات خضراء ٢٨٨ متر مربع

- فيلا ثلاث غرف نوم مع بيتي درج حدائق ومساحات خضراء ٤١٨ متر مربع.

ملاحظة: إن لجميع الغرف والفيلات أرضيات وسلالم رخامية، يحتوي المنتجع على 85 فيلا إجمالاً. المطلوب فرز وتعويض الأضرار التجارية عن الأضرار المعنوية والقانونية والدستورية.

اسـتثنـــــــــاء



Notary Public State of Florida
Douha Youssef
My Commission GG 288645
Expires 10/17.2022

28

أ.   هذا العرض مخصص فقط للمتهمين المحليين المعارضين داخل الولايات المتحدة باستثناء السفارة القطرية، ضامنين متضامنين، مجتمعين أو منفردين من خلال الانضمام أحدهم أو جميعهم مع المدعي محمد فتحي سعيد

ب.   بالشروط التالية:

١- إبلاغ المحكمة وإبلاغي رسمياً كتابةً بالبريد.

٢- تعهد بدفع المبلغ كاملاً لا يقل عن ٣٣ مليون دولار (ثلاثة وثلاثون مليون) دولار من حيث المبدأ لإنهاء القضية في أسرع وقت ممكن.

٣- توفير إطار قانوني لمناقشة كل تجاوز من جانب الآخر لصالحه مع الحفاظ على جميع الحقوق المدنية والدستورية للشكوى الأصلية، محمد سعيد ما سبقهم وما سيحدث في المستقبل.

خـــــلاصة

١- صدور حكم نهائي بمبلغ ٣٣ مليون دولار (ثلاثة وثلاثون مليون) دولار قابلة للزيادة وليس للنقصان عن الأضرار المعنوية والدستورية والقانونية بالإضافة إلى ١١مليون دولار (أحد عشر مليون) دولار تعويضاً لكل عام تتداول فيه هذه القضية في المحكمة. اتهام جميع المدعى عليهم بكامل الحقوق الضريبية الحكومية  بالإضافة إلى الأرباح والمعدلات القانونية فيما يتعلق باحتجاز الأموال طوال هذه السنوات، بشكل غير قانوني أو عن طريق الاحتيال على القانون.

٢- إلغاء قرار الترحيل مدى الحياة السلبي لأن ما بني على الباطل فهو باطل. إن قرار الترحيل هذا يؤثر علي ليس فقط مع قطر ولكن مع جميع دول مجلس التعاون الخليجي، وقد أثر على سمعة اسمي وكذلك اسم عائلتي

٣- صدور حكم نهائي مشمول بالنفاذ بصرف تعويض ٣٣ مليون دولار (ثلاث و ثلاثون مليون دولار فقط) كتعويض تن الفتره السابقة برمتها.

٤- التحفظ على الشركة بالكامل لحين إعادة هيكلتها مع الولايات المتحدة الأمريكية.



٢٩

٥- تعيين وزير الخزانة الامريكي والسفارة الأمريكية الممثلة في المستشار او الملحق التجاري الأمريكي حارس قضائي على ممتلكات مواطن أمريكي في قطر.

٦- صدور حكم قضائي فيدرالي أمريكي  بإخراج السيدة عائشه أحمد  حسين العضب شريكه و كفيله بالكامل من الشركه(قصور رويالتي جروب)
الكائنه في دولة قطر.

٧- إصدار حكم فيدرالي أمريكي بتحويل الشركه(قصور رويالتي جروب)من شركه قطريةبالى شركه أجنبيه بنسبة ١٠٠ ٪ داخل قطر طبقاً للقانون القطري الجديد رقم (١) لسنة ٢٠١٩ المرفق للمحكمه الفيدراليه الأمريكيه مع الشكوى المشار اليها من الشاكي في المادّ الثانيه المشار اليها في القانون التجاري القطري الجديد.

على أن تكون على النحو التالي

١- ٥٠٪ لصالح حكومة الولايات المتحدهرالامريكي ( الملحق التجاري في السفاره الامريكيه في قطر بالتنسيق مع وزير الخزانه الأمريكيه في الولايات المتحده الامريكيه).

٢- ٥٠٪ لصالح المواطن الامريكي محمد فتحي سعيد

بشكل مبدأي حتى يتم هيكلتها مره أخرى ما بين الملاك الجدد.

** ملحوظه رقم ١
الشركه بهيكلتها القديمه صالحه لمدة ٢٠ سنه

** ملحوظه رقم ٢
القان ن التجاري القطري الجديد لعام ٢٠١٩ يسمح بالتأسيس و التعديل ال ٥٠ عام قابله للتجديد.

انتهى
المدعي
محمد فتحي سعيد

Translation Acknowledgment

I, Mohammed Ibrahim, OH NUMBER 813-751-9930/ ADDRESS 4809 E Busch Blvd suite 102, Tampa FL 33617, do hereby certify that the attached is a true, accurate and complete rendering in English of the original Arabic document entitled aforementioned head subject, and that I am competent to render such translation being fluent in English and Arabic.

State of Florida          County: Hillsborough

The foregoing Instrument was acknowledged before me     This 30 day of December 2021     By Mohammad
Ibrahim                                                              30