IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Mohammed Fathy Said,

    Plaintiff,

vs.                          Case No. 8:21-civ-1073-WFJ-CPT

Aisha Ahmed H O Al Adhab,
et al.,

    Defendants.
_____/

**FEDERAL DEFENDANTS' SUPPLEMENTAL
LOCAL RULE 3.01(g) STATEMENT**

Pursuant to Local Rule 3.01(g)(3), defendants, United States Department of Justice and Department of State, hereby serve this supplemental statement concerning the plaintiff's position as to the Motion to Dismiss and Motion to Stay filed in this matter at Docs. 60 and 61. On the evening of September 7, 2022, the plaintiff advised through an intermediary and by email that he "would like to be able to answer the motions officially in the court."

                                        Respectfully submitted,

                                        ROGER B. HANDBERG
                                        United States Attorney

By:   */s/ Lacy R. Harwell, Jr.*
LACY R. HARWELL, JR.
Assistant United States Attorney
Florida Bar No. 714623
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274-6200
E-mail: randy.harwell@usdoj.gov

## Certificate of Service

I certify that on September 8, 2022, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will serve all registered users in this case.

*/s/ Lacy R. Harwell, Jr.*
Lacy R. Harwell, Jr.
Assistant United States Attorney