UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOHAMED FATHY SAID,

      Plaintiff,

v.                                              Case No. 8:21-cv-1073-WFJ-CPT

AISHA AHMED H O ADHAB,
QATAR EMBASSY IN
WASHINGTON D.C. USA,
QATAR MINISTRY OF INTERIOR,
QATAR MINISTRY OF ADMINISTRATIVE
DEVELOPMENT, LABOR,
QATAR MINISTRY OF FOREIGN AFFAIRS,
QATAR MINISTRY OF JUSTICE, and
QATAR MINISTRY OF COMMERCE
AND INDUSTRY,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on the issue of service of the Second Amended Complaint. *See* Dkt. 94, filed April 4, 2023. After careful and due consideration of the file, the Court concludes this case is due to be dismissed for failure to effect service of process and to comply with the Court's order.

The development of this case is set forth in the Court's order of January 10, 2025. Dkt. 116. Judge Tuite has thoroughly explained what is necessary to properly serve process of the Second Amended Complaint on these Defendants. *See* Dkts. 101, 106, 107, 113, 116. Plaintiff Mr. Said was given until February 14,

2025, to effectuate service on all Defendants in accordance with applicable law and was cautioned that a failure to do so could result in the dismissal of his case. Dkt. 116. To date, almost two years after the filing of the operative complaint, this task has not been accomplished.

    Accordingly, this case is dismissed without prejudice for failure to effect service of process and to abide by Court order. The Clerk is directed to close the case.

    **DONE AND ORDERED** at Tampa, Florida, on February 19, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Plaintiff, *pro se*